NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARTA MORALES,<br><br>       Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR, INC., *et al.*,<br><br>       Defendants. | Civil Case No. 18-3758 (SDW)(LDW)<br><br><br>ORDER<br><br><br><br>August 20, 2018 |

**WIGENTON**, District Judge.

  Before this Court is the Report and Recommendation ("R&R") entered on August 2, 2018 by Magistrate Judge Leda Dunn Wettre ("Judge Wettre"), recommending that plaintiff Marta Morales's Motion to Remand for lack of subject matter jurisdiction (ECF No. 5) be denied. Neither Plaintiff nor Defendants filed an objection to the R&R.

  This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

  **ORDERED** that the R&R of Judge Wettre (ECF No. 11) is **ADOPTED** as the conclusions of law of this Court.

  **SO ORDERED**.

                     s/ *Susan D. Wigenton*
                     **SUSAN D. WIGENTON**
                     **UNITED STATES DISTRICT JUDGE**

Orig: Clerk
cc:  Parties
    Magistrate Judge Wettre